IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2007

Charles R. Fulbruge III
Clerk

No. 07-60092

JOSEPH WALTERS, by and through
his attorney-in-fact Sheila Walters

Plaintiff-Appellant

v.

TRAIL KING INDUSTRIES, INC.

Defendant- Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:05-CV-54

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM:[*]

Having reviewed the district court's decision, the parties' briefs, and the record, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.